**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.   97-cr-00023-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    RICKY CARTER,

        Defendant.

_____

**ORDER**
_____


      THIS MATTER is before the Court on Defendant's pro se Motion to Quash (Doc 118 - filed October 11, 2011).  Upon review of the motion and file in this matter, it is

      ORDERED that Defendant's Motion is DENIED.

                    BY THE COURT:


                    ___s/Lewis T. Babcock_____
                    LEWIS T. BABCOCK, Judge

Dated:  October 13, 2011